No. 03-14-00457-CV

In the
UNITED STATES COURT of APPEALS
for the THIRD CIRCUIT

LINDA BALDWIN,
Plaintiff - Appellant

V.

ZURICH AMERICAN INSURANCE COMPANY,
Defendant - Appellee

On Appeal from the 261st District Court of Travis County, Texas
CAUSE NO. D-1-GN-13-001281, Gisela D. Triana, Judge Presiding

APPELLATE BRIEF

CHANGE OF ADDRESS

TO THE HONABLE JUDGE OF SAID COURT: Linda Baldwin, Appellant gives notice of change of address from 10151 Dorrell Lane, #1164 Las Vegas, NV 89166 to 9182 Brilliant Prairie Court, Las Vegas NV 89149

Respectfully Submitted
Linda Baldwin, Pro se
9182 Brilliant Prairie Court
Las Vegas, Nevada 89149
512-605-7638

RECEIVED
DEC 0 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# CERTIFICATE OF SERVICE

I, Linda Baldwin, hereby certify that on this November 30, 2015, 2014, I served a true and correct copy of Appellant's Brief change of address, via mail, as follows:

Jessica McCarthy
Flahive, Ogden, Latson
P.O. Box Drawer 201329
Austin, Texas 78720

Linda Baldwin, Pro se
9182 Brilliant Prairie Court
Las Vegas, Nevada 89149
512-605-7638

Sandie Backlun
9183 Brilliant Prairie Ct
Los Vegas, NV 89149

W12-7

Third Court of Appeals
Clerk's Office
Post Office Box 12547
Austin Tx 78711

7015 1520 0001 5085 7988

CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE®

1000

78711

U.S. POSTAGE
PAID
LAS VEGAS, NV—
89128
DEC 01 15
AMOUNT
$3.94
R2304Y122332-04